*Issued*
*Ntc of Renewal to Plaintiff*

1  Jeffrey L. Cutler, (CA State Bar No. 100639)
   Email: jcutler@wkpyc.com
2  Sally S. Frontman, (CA Bar No. 227735)
   Email: sfrontman@wkpyc.com
3  WOHLNER KAPLON PHILLIPS
   YOUNG & CUTLER
4  A Professional Corporation
   16501 Ventura Boulevard, Suite 304
5  Encino, CA 91436
   Telephone: (818) 501-8030 ext. 322
6  Fax: (818) 501-5306

7  Attorneys for Judgment Creditor/Applicant
   Board of Trustees of the Southern California
8  Floor Covering Pension Trust, etc.

9               UNITED STATES DISTRICT COURT
10              CENTRAL DISTRICT OF CALIFORNIA
11                     (Western Division)

12 | BOARD OF TRUSTEES OF THE          ) CASE NO.: CV-01-3895 ABC
   | SOUTHERN CALIFORNIA FLOOR         ) (BQRx)
13 | COVERING PENSION TRUST FUND,      )
   | SOUTHERN CALIFORNIA FLOOR         ) ~~AMENDED~~
14 | COVERING HEALTH AND WELFARE       ) ~~[PROPOSED]~~ ORDER FOR
   | TRUST FUND, SOUTHERN              ) RENEWAL OF JUDGMENT
15 | CALIFORNIA FLOOR COVERING         )
   | APPRENTICESHIP AND TRAINING       )
16 | TRUST FUND, SOUTHERN              )
   | CALIFORNIA FLOOR COVERING         )
17 | VACATION AND HOLIDAY TRUST        )
   | FUND; CONTRACT ADMINISTRATION     )
18 | TRUST FUND; PAINTERS AND ALLIED   )
   | TRADES LABOR MANAGEMENT           )
19 | COOPERATION FUND; AND THE         )
   | RESILIENT FLOOR AND DECORATIVE    )
20 | COVERING LOCAL UNION NO. 1247,    )

21              Judgment Creditor/Applicant,  )

22                                            )
23              vs.                           )

24 | METROPOLITAN HAWGS, INC., A       )
   | CALIFORNIA CORPORATION DOING      )
25 | BUSINESS AS INSTALLATION          )
   | SERVICES AND SUPPORT SERVICES,    )

26              Judgment Debtor.              )

27                                            )
28 _____)
   )

1  The judgment debtor, METROPOLITAN HAWGS, INC., A CALIFORNIA
2  CORPORATION DOING BUSINESS AS INSTALLATION SERVICES AND
3  SUPPORT SERVICES ("DEFENDANT"), having judgment entered against him
4  on October 31, 2002;
5  NOW, upon application of BOARD OF TRUSTEES OF THE SOUTHERN
6  CALIFORNIA FLOOR COVERING PENSION TRUST FUND, SOUTHERN
7  CALIFORNIA FLOOR COVERING HEALTH AND WELFARE TRUST FUND,
8  SOUTHERN CALIFORNIA FLOOR COVERING APPRENTICESHIP AND
9  TRAINING TRUST FUND, SOUTHERN CALIFORNIA FLOOR COVERING
10 VACATION AND HOLIDAY TRUST FUND; CONTRACT
11 ADMINISTRATION TRUST FUND; PAINTERS AND ALLIED TRADES
12 LABOR MANAGEMENT COOPERATION FUND; AND THE RESILIENT
13 FLOOR AND DECORATIVE COVERING LOCAL UNION NO. 1247
14 ("BOARD OF TRUSTEES"), and upon declaration that DEFENDANT has failed
15 to pay the total amount of said judgment; and that DEFENDANT is indebted to
16 BOARD OF TRUSTEES;
17
18 IT IS HEREBY ORDERED, ADJUDGED AND DECREED that judgment
19 against DEFENDANT, be renewed in the amount of $28,237.89, which is broken
20 down as follows:
21 Judgment as entered:
22   a.  Principal .................................. $    6,451.65
23   b.  Judgment Interest ........................... $    1,506.27
24   c.  Costs ....................................... $    1,319.72
25   d.  Attorneys' Fees ............................. $   14,700.00
26 Subtotal (Judgment as Entered) ...................... $   23,977.64
27   e.  Less Credits After Judgment: ................ $       (0.00)
28 ///
   f.  Interest After Judgment computed from

```
               November 1, 2002 through October 1, 2012
                   at 1.79% ($1.17 per day) .................. $      4,260.25

GRAND TOTAL: ................................... $     28,237.89



DATED:    OCT 15 2012                    _____
                                         CLERK
                                         UNITED STATES DISTRICT JUDGE


Presented by:

WOHLNER, KAPLON, PHILLIPS
YOUNG & CUTLER

BY:    /s/ Sally S. Frontman
       Sally S. Frontman
       Attorneys for Judgment Creditor/Applicant
       Board of Trustees of the Southern California Floor
       Covering Pension Trust Fund, Southern California
       Floor Covering Health and Welfare Trust Fund,
       Southern California Floor Covering Apprenticeship
       and Training Trust Fund, Southern California Floor
       Covering Vacation and Holiday Trust Fund; Contract
       Administration Trust Fund; Painters and Allied
       Trades Labor Management Cooperation Fund; and the
       Resilient Floor and Decorative Covering Local Union
       No. 1247
```