1  Jeffrey L. Cutler (CA Bar No.100639)
   Email: jcutler@wkclegal.com
2  WOHLNER KAPLON CUTLER
   HALFORD ROSENFELD & LEVY
3  A Professional Corporation
   16501 Ventura Boulevard, Suite 304
4  Encino, California 91436
   Telephone: (818) 501-8030 ext. 313
5  Fax: (818) 501-5306

6  Attorneys for Plaintiffs, Board of Trustees
   of the Southern California Floor Covering Pension Trust Fund et al.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

(Western Division)

| | |
|---|---|
| BOARD OF TRUSTEES OF THE SOUTHERN CALIFORNIA FLOOR COVERING PENSION TRUST FUND, SOUTHERN CALIFORNIA FLOOR COVERING HEALTH AND WELFARE TRUST FUND, SOUTHERN CALIFORNIA FLOOR COVERING APPRENTICESHIP AND TRAINING TRUST FUND, SOUTHERN CALIFORNIA FLOOR COVERING VACATION AND HOLIDAY TRUST FUND, CONTRACT ADMINISTRATION TRUST FUND, PAINTERS AND ALLIED TRADES LABOR MANAGEMENT COOPERATION FUND; AND THE RESILIENT FLOOR AND DECORATIVE COVERING LOCAL UNION 1247, <br><br> Plaintiffs, <br><br> v. <br><br> METROPOLITAN HAWGS, INC., A CALIFORNIA CORPORATION DOING BUISNESS AS INSTALLATION SERVICES AND SUPPORT SERVICES, <br><br> Defendant. | Case No. CV-01-3895-ABC (BQRx) <br><br> **RENEWAL OF JUDGMENT BY CLERK** |

RENEWAL OF JUDGMENT - 1

TO THE JUDGMENT DEBTOR, METROPOLITAN HAWGS, INC., A CALIFORNIA CORPORATION DOING BUISNESS AS INSTALLATION SERVICES AND SUPPORT SERVICES having judgment entered against them on October 31, 2002 and having said judgment renewed on October 15, 2012:

Now, upon the application of the BOARD OF TRUSTEES OF THE SOUTHERN CALIFORNIA FLOOR COVERING PENSION TRUST FUND, SOUTHERN CALIFORNIA FLOOR COVERING HEALTH AND WELFARE TRUST FUND, SOUTHERN CALIFORNIA FLOOR COVERING APPRENTICESHIP AND TRAINING TRUST FUND, SOUTHERN CALIFORNIA FLOOR COVERING VACATION AND HOLIDAY TRUST FUND, CONTRACT ADMINISTRATION TRUST FUND, PAINTERS AND ALLIED TRADES LABOR MANAGEMENT COOPERATION FUND; AND THE RESILIENT FLOOR AND DECORATIVE COVERING LOCAL UNION 1247 ("Plaintiff") and upon declaration that Defendant has failed to pay the total amount of said judgment; and that Defendant is indebted to Plaintiff.

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that judgment against Defendant METROPOLITAN HAWGS, INC., A CALIFORNIA CORPORATION DOING BUISNESS AS INSTALLATION SERVICES AND SUPPORT SERVICES be renewed in the amount of $33,258.33 which is broken down as follows:

    a.    Judgment Renewal……………………………………$28,237.89
    b.    Post Judgment Interest from October 16, 2012 through October 3, 2022……………………………………………………$5,020.44
          Total……………………………………………**$33,258.33**

Dated: October 11, 2022

_____, Deputy Clerk
Kiry K. Gray, CLERK OF COURT,
UNITED STATES DISTRICT COURT

1  Presented by:
2  WOHLNER KAPLON CUTLER
   HALFORD ROSENFELD & LEVY
3
   DATED: October 3, 2022          Jeffrey L. Cutler
4                                  WOHLNER KAPLON CUTLER
                                   HALFORD ROSENFELD & LEVY
5
6                         BY:   /s/ Jeffrey L. Cutler
7                                  Jeffrey L. Cutler
                                   Attorneys for Plaintiffs
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28